**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO dba RAMSEY'S AUTO COLLISION & SALES,<br><br>   Plaintiff,<br><br>  v.<br><br>LUCIO T. LOPEZ dba LUCIOS TOWING, an individual, LUIS E. CERVANTES GARCIA dba Ernie's Transfer, an individual and DOES 1-25, inclusive,<br><br>   Defendants. | Case No. CV 21-3182 PA (GJSx)<br><br>JUDGMENT OF DISMISSAL |

   In accordance with the Court's August 24, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: August 24, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE